# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   JOHN M HORSKY　　　　　　　　§　　　Case No.: 09-24351
         KATHLEEN M HORSKY　　　　　　§

         Debtor(s)

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/03/2009.

2) This case was confirmed on 08/24/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/04/2009.

5) The case was dismissed on 02/01/2010.

6) Number of months from filing to the last payment: 6

7) Number of months case was pending: 10

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   10,575.00

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 5,520.54 |
| Less amount refunded to debtor | $ | 1,204.44 |
| **NET RECEIPTS** | $ | 4,316.10 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | .00 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 289.48 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 289.48 |
| Attorney fees paid and disclosed by debtor | $ | .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| WELLS FARGO | OTHER | NA | NA | NA | .00 | .00 |
| UNIVERSAL LENDERS | UNSECURED | 760.00 | 4,576.24 | 4,576.24 | .00 | .00 |
| 10 MINUTE LOAN | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| 500 FAST CASH | UNSECURED | 325.00 | NA | NA | .00 | .00 |
| ADVANCE AMERICA | UNSECURED | 1,694.00 | NA | NA | .00 | .00 |
| AIS SVC LLC | UNSECURED | 541.00 | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | 2,018.00 | 2,198.08 | 2,198.08 | .00 | .00 |
| AMERICAN GENERAL FIN | OTHER | .00 | NA | NA | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 844.00 | 325.00 | 325.00 | .00 | .00 |
| ARROW FINANCIAL SERV | UNSECURED | 1,318.00 | NA | NA | .00 | .00 |
| ASPIRE | UNSECURED | 619.00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 1,900.00 | 1,951.78 | 1,951.78 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 344.00 | 330.43 | 330.43 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 480.00 | NA | NA | .00 | .00 |
| CONSUMER CREDIT SERV | UNSECURED | 90.00 | NA | NA | .00 | .00 |
| GI KOEHN MD | UNSECURED | 15.00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 852.00 | 862.60 | 862.60 | .00 | .00 |
| PROVENA SERVICE CORP | UNSECURED | 151.00 | NA | NA | .00 | .00 |
| CAREYS CARE CARE CEN | UNSECURED | 419.00 | NA | NA | .00 | .00 |
| SULLIVAN URGENT AID | UNSECURED | 80.00 | NA | NA | .00 | .00 |
| DIRECTV | UNSECURED | 226.00 | NA | NA | .00 | .00 |
| DIRECT TV | OTHER | .00 | NA | NA | .00 | .00 |
| DR MICHAEL MCCHILL | UNSECURED | 993.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| SPRINT NEXTEL | UNSECURED | 243.00 | 828.88 | 828.88 | .00 | .00 |
| FIRST CASH ADVANCE | UNSECURED | 784.00 | NA | NA | .00 | .00 |
| FCNB | UNSECURED | 740.00 | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 404.00 | 404.68 | 404.68 | .00 | .00 |
| GC SERVICES | UNSECURED | 2,478.00 | NA | NA | .00 | .00 |
| HARVARD COLLECTION | UNSECURED | 402.00 | NA | NA | .00 | .00 |
| HELLER & FRISONE | UNSECURED | 412.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 610.00 | 610.94 | 610.94 | .00 | .00 |
| IQ TELECOM | UNSECURED | 126.00 | NA | NA | .00 | .00 |
| MIDWEST ORTHOPAEDIC | UNSECURED | 2,327.00 | 3,448.49 | 3,448.49 | .00 | .00 |
| MIDWEST ORTHOPAEDIC | UNSECURED | 1,061.00 | NA | NA | .00 | .00 |
| HEART CARE CENTER OF | UNSECURED | 145.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY PH | UNSECURED | 144.00 | NA | NA | .00 | .00 |
| EVERGREEN HEALTH CAR | UNSECURED | 140.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY PH | UNSECURED | 73.00 | NA | NA | .00 | .00 |
| MIDWEST ORTHOPAEDIC | UNSECURED | 60.00 | NA | NA | .00 | .00 |
| TINLEY WOODS SURGERY | UNSECURED | 58.00 | NA | NA | .00 | .00 |
| ILLINOIS LENDING COR | UNSECURED | 1,041.00 | NA | NA | .00 | .00 |
| ST IL TOLLWAY AUTHOR | UNSECURED | 9,770.00 | 9,774.00 | 9,774.00 | .00 | .00 |
| IMH LABORATORY PHYSI | UNSECURED | 146.00 | NA | NA | .00 | .00 |
| INSTANT CASH ADVANCE | UNSECURED | 520.00 | NA | NA | .00 | .00 |
| JOLIET FURNITURE MAR | UNSECURED | 390.00 | NA | NA | .00 | .00 |
| KCA FINANCIAL SERVIC | UNSECURED | 224.00 | NA | NA | .00 | .00 |
| LIGHTHOUSE FINANCIAL | UNSECURED | 73.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY HO | UNSECURED | 4,862.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY HO | OTHER | .00 | NA | NA | .00 | .00 |
| LOYOLA UNIV MED CENT | OTHER | .00 | NA | NA | .00 | .00 |
| LTS MGMT SERV | UNSECURED | 480.00 | NA | NA | .00 | .00 |
| MARAUDER CORP | UNSECURED | 315.00 | NA | NA | .00 | .00 |
| MRI TINLEY PARK | UNSECURED | 1,210.00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 142.00 | NA | NA | .00 | .00 |
| MRSI | OTHER | .00 | NA | NA | .00 | .00 |
| MRSI | OTHER | .00 | NA | NA | .00 | .00 |
| CHECK N GO | UNSECURED | 627.00 | NA | NA | .00 | .00 |
| NATIONAL CREDIT ADJU | UNSECURED | 628.00 | NA | NA | .00 | .00 |
| NATIONAL RECOVERY AG | UNSECURED | 298.00 | NA | NA | .00 | .00 |
| NATIONAL PAYDAY.COM | UNSECURED | 390.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY HE | UNSECURED | 54.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 1,115.00 | NA | NA | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | 1,350.00 | NA | NA | .00 | .00 |
| PAYDAY OK | UNSECURED | 586.00 | NA | NA | .00 | .00 |
| PELLETTIERI & HENNIN | UNSECURED | 180.00 | NA | NA | .00 | .00 |
| PLAINS COMMERCE BANK | UNSECURED | 329.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| HSBC | UNSECURED | 639.00 | NA | NA | .00 | .00 |
| QUICK PAYDAY LOANS | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| TARGET NATIONAL BANK | UNSECURED | 596.00 | NA | NA | .00 | .00 |
| ROI SERVICES | UNSECURED | 420.00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | UNSECURED | 2,890.00 | NA | NA | .00 | .00 |
| SEVENTH AVENUE | UNSECURED | 290.00 | 290.02 | 290.02 | .00 | .00 |
| S WADHWANI | UNSECURED | 83.00 | NA | NA | .00 | .00 |
| RJM AQUISITIONS FUND | UNSECURED | 600.00 | 596.05 | 596.05 | .00 | .00 |
| TARGET NATIONAL BANK | OTHER | .00 | NA | NA | .00 | .00 |
| ANESTHESIA ASSOC NE | UNSECURED | 153.00 | NA | NA | .00 | .00 |
| THOMAS KRULL DDS | UNSECURED | 1,377.00 | NA | NA | .00 | .00 |
| TINLEY PARK CHIROPRA | UNSECURED | 3,380.00 | NA | NA | .00 | .00 |
| TRIDENTASSET.COM | UNSECURED | 175.00 | 545.00 | 545.00 | .00 | .00 |
| TRIDENTASSET.COM | UNSECURED | 175.00 | NA | NA | .00 | .00 |
| TRIDENTASSET.COM | UNSECURED | 175.00 | NA | NA | .00 | .00 |
| TRIDENTASSET.COM | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| USA PAYDAY | UNSECURED | 594.00 | NA | NA | .00 | .00 |
| TRUSTMARK RECOVERY S | UNSECURED | 126.00 | NA | NA | .00 | .00 |
| UNITED CASH LOAN | UNSECURED | 1,215.00 | NA | NA | .00 | .00 |
| UNIVERSAL LENDERS | UNSECURED | 760.00 | NA | NA | .00 | .00 |
| UNIVERSITY HEAD & NE | UNSECURED | 311.00 | NA | NA | .00 | .00 |
| USA PAYDAY LOANS | UNSECURED | 421.00 | NA | NA | .00 | .00 |
| VAN RU CREDIT CORPOR | UNSECURED | 410.00 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 177.00 | NA | NA | .00 | .00 |
| DIRECT MERCHANTS BAN | UNSECURED | 726.00 | NA | NA | .00 | .00 |
| WORLWIDE ASSET PURCH | OTHER | .00 | NA | NA | .00 | .00 |
| WORLD WIDE CASH | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| ILLINOIS TITLE LOANS | SECURED | 2,488.09 | 2,403.83 | 2,403.83 | .00 | .00 |
| SST | SECURED | 4,300.00 | .00 | .00 | .00 | .00 |
| SST | UNSECURED | 4,300.00 | NA | NA | .00 | .00 |
| SST | OTHER | .00 | NA | NA | .00 | .00 |
| SST | OTHER | .00 | NA | NA | .00 | .00 |
| WELLS FARGO BANK NA | SECURED | 105,000.00 | 98,433.08 | 3,867.41 | 3,867.41 | .00 |
| WELLS FARGO HOME MOR | OTHER | .00 | NA | NA | .00 | .00 |
| WELLS FARGO HOME MOR | OTHER | .00 | NA | NA | .00 | .00 |
| WELLS FARGO BANK NA | SECURED | .00 | 6,514.54 | 6,514.54 | .00 | .00 |
| NATIONAL CAPITAL MGM | UNSECURED | .00 | 859.77 | 859.77 | .00 | .00 |
| TRU COMM | UNSECURED | 368.66 | NA | NA | .00 | .00 |
| WOOD FOREST BANK | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| LEDFORD & WU | PRIORITY | NA | .00 | 159.21 | 159.21 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NA | 178.96 | 178.96 | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | NA | 4,440.39 | 4,440.39 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | 3,867.41 | 3,867.41 | .00 |
| Mortgage Arrearage | 6,514.54 | .00 | .00 |
| Debt Secured by Vehicle | 2,403.83 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 12,785.78 | 3,867.41 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 159.21 | 159.21 | .00 |
| **TOTAL PRIORITY:** | 159.21 | 159.21 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 32,221.31 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 289.48 |
| Disbursements to Creditors | $ | 4,026.62 |
| **TOTAL DISBURSEMENTS:** | $ | 4,316.10 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   05/06/2010                         /s/ Tom Vaughn
                                            Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**